UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,                   :

                                      :        Ind. No. 12 Cr 934 (RA)

         v.                    :

                                        :        **NOTICE OF MOTION**

FENG LING LIU, et al.,                      :

                                        :

                  Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

       PLEASE TAKE NOTICE that upon the Affirmation of Paul Shechtman and the

accompanying Memorandum of Law, Feng Ling Liu moves this Court for an order directing:

(i) that the evidence recovered in the December 17, 2012 search of the Moslemi law firm be

suppressed and (ii) that the government provide a bill of particulars to allow Ms. Liu to prepare

her defense.

Dated: New York, New York
       August 9, 2013

                                   Respectfully submitted,

                                   ZUCKERMAN SPAEDER LLP

                                   By:_____

                                   Paul Shechtman
                                   1185 Avenue of the Americas
                                   New York, NY  10036
                                   (212) 704-9600

                                   Attorneys for Defendant Feng Ling Liu