```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :   GOVERNMENT'S FORFEITURE
            -v.-                        BILL OF PARTICULARS
                                    :
FENG LING LIU,                          12 Cr. 934 (RA)
VANESSA BANDRICH,                   :
FENG LI,
SHURAN LIU,                         :
  a/k/a "Harry,"
YUCHANG MIAO,                       :
  a/k/a "David,"
SUNNY YANG,                         :
   a/k/a "Ms. Yang,"
WEN TING ZHENG,                     :
GUO QIN MIAO,
  a/k/a "Lillian," and              :
KEVIN LNU,

            Defendants.             :
- - - - - - - - - - - - - - - - - - x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offense alleged in Count One of the Indictment, as alleged in the Forfeiture Allegation and/or the Substitute Assets Provision in the Indictment, includes, but is not limited to, the following:

   64-14 48th Avenue, Flushing, NY 11377, Block 2338, Lot 26;

   173 Bowen Road, Carmel, NY 10512;

   175 Bowen Road, Carmel, NY 10512;

   177 Bowen Road, Carmel, NY 10512;

   181 Bowen Road, Carmel, NY 10512;

59-46 156th St, Flushing, NY 11355, Block 6733, Lot 61;

275 Greenwich Street, 2-AS, NY, NY 10007, Block 132, Lot 1002;

75-40 162nd Street, Fresh Meadows, NY 11366, Block 6835, Lot 22;

100-05 40th Road, Corona, NY 11368, Block 1609, Lot 42;

138-27 64th Avenue, Flushing, NY 11367, Block 6399, Lot 48;

982 Halsey Street, Brooklyn, NY 11207, Block 3408, Lot 13;

984 Halsey Street, Brooklyn, NY 11207, Block 3408, Lot 14;

Dated:   New York, New York
         February 27, 2014

                                Respectfully Submitted,

                                PREET BHARARA
                                United States Attorney

                        By:     _____
                                ANDREW ADAMS
                                Assistant United States Attorney
                                Telephone: (212) 637-2340