Exhibit 16

to

Defendant's Memorandum of Law

Granted_After_12_18_2012

| LastName | FirstName | ANumber | GrantDate | JudgeName | AttorneyOnRecord |
|---|---|---|---|---|---|
| | | | 12/18/2012 | McManus | Keith Harden |
| | | | 12/18/2012 | Vomacka | Unknown |
| | | | 12/18/2012 | | Unknown |
| | | | 12/19/2012 | | Unknown |
| | | | 12/20/2012 | Gordon | Unknown |
| | | | 12/21/2012 | Brennan | Unknown |
| | | | 12/21/2012 | | Unknown |
| | | | 12/27/2012 | Schoppert | Unknown |
| | | | 1/4/2013 | Nelson | Unknown |
| | | | 1/10/2013 | Rohan | Unknown |
| | | | 1/16/2013 | Nelson | Unknown |
| | | | 1/18/2013 | | Unknown |
| | | | 1/23/2013 | Bukszpan | Unknown |
| | | | 2/6/2013 | Bain | Unknown |
| | | | 2/12/2013 | Rohan | Theodore N Cox |
| | | | 2/12/2013 | Gordon | Unknown |
| | | | 2/15/2013 | McManus | Unknown |
| | | | 2/21/2013 | | Unknown |
| | | | 2/27/2013 | Bryant | Unknown |
| | | | 2/28/2013 | Bain | Zhou Wang |
| | | | 3/4/2013 | McManus | Unknown |
| | | | 3/4/2013 | Schoppert | Unknown |
| | | | 3/5/2013 | Mulligan | Unknown |
| | | | 3/6/2013 | McManus | Nataliya Galvin |
| | | | 3/8/2013 | Laforest | Unknown |
| | | | 3/8/2013 | Morace | Nataliya Galvin |
| | | | 3/11/2013 | Gordon | Nataliya Galvin |
| | | | 3/12/2013 | Sichel | Unknown |
| | | | 3/13/2013 | Loprest, Jr | Unknown |
| | | | 3/13/2013 | Chew | Unknown |
| | | | 3/18/2013 | Brennan | Unknown |
| | | | 3/19/2013 | Rohan | Unknown |
| | | | 3/21/2013 | McManus | Unknown |
| | | | 3/21/2013 | Gordon | Unknown |
| | | | 3/21/2013 | Meisner, D. | Unknown |
| | | | 3/25/2013 | McManus | Morris Wu |
| | | | 3/26/2013 | Poczter.V | Unknown |
| | | | 3/28/2013 | Balasquide | Unknown |
| | | | 4/2/2013 | McManus | Unknown |
| | | | 4/3/2013 | Balasquide | Nataliya Galvin |
| | | | 4/3/2013 | Bain | Nataliya Galvin |
| | | | 4/3/2013 | VanWyke | Richard Tarzia |
| | | | 4/4/2013 | Rohan | Unknown |
| | | | 4/8/2013 | Balasquide | Nataliya Galvin |
| | | | 4/9/2013 | Loprest, Jr | Unknown |
| | | | 4/9/2013 | | Unknown |
| | | | 4/10/2013 | Wright, V | Unknown |
| | | | 4/11/2013 | VanWyke | Unknown |
| | | | 4/11/2013 | Mulligan | Lee Siegel |
| | | | 4/15/2013 | Loprest, Jr | Theodore N Cox |
| | | | 4/15/2013 | Gagnon | Unknown |

Granted_After_12_18_2012

| Date | Name | Other |
|---|---|---|
| 4/16/2013 | Morace | Weishang Wang |
| 4/16/2013 | Sichel | Nataliya Galvin |
| 4/17/2013 | Iskra | Nataliya Galvin |
| 4/17/2013 | Segal | Unknown |
| 4/18/2013 | Morace | Unknown |
| 4/19/2013 | Bain | Unknown |
| 4/22/2013 | Sichel | Unknown |
| 4/22/2013 | Laforest | Joan Xie |
| 4/23/2013 | Sichel | Unknown |
| 4/24/2013 | Chew | Richard Tarzia |
| 4/25/2013 | Cheng | Nataliya Galvin |
| 4/25/2013 | Cheng | Nataliya Galvin |
| 4/30/2013 | | Yu Liu |
| 4/30/2013 | Bain | Unknown |
| 5/2/2013 | | Unknown |
| 5/7/2013 | Brennan | Unknown |
| 5/8/2013 | | Unknown |
| 5/10/2013 | Lamb | Unknown |
| 5/15/2013 | Sichel | Unknown |
| 5/16/2013 | Lamb | Unknown |
| 5/16/2013 | Chew | Victor Ocampo |
| 5/17/2013 | Sichel | Yu Liu |
| 5/20/2013 | Bukszpan | Eric Y Zheng |
| 5/21/2013 | Laforest | Unknown |
| 5/23/2013 | Laforest | Nataliya Galvin |
| 5/23/2013 | Christensen | Xian Feng Zou |
| 5/23/2013 | Wright, V | Unknown |
| 5/23/2013 | Wright, V | Unknown |
| 5/23/2013 | Mulligan | Unknown |
| 5/24/2013 | Cheng | Unknown |
| 5/27/2013 | Sichel | Unknown |
| 5/30/2013 | Gordon | Unknown |
| 5/30/2013 | Rohan | Unknown |
| 6/4/2013 | Poczter.V | Unknown |
| 6/4/2013 | Lamb | Victor Ocampo |
| 6/4/2013 | Brennan | Unknown |
| 6/4/2013 | Brennan | Unknown |
| 6/6/2013 | Brennan | Unknown |
| 6/11/2013 | Lamb | Unknown |
| 6/11/2013 | Morace | Unknown |
| 6/11/2013 | Laforest | Nataliya Galvin |
| 6/14/2013 | Gordon | Unknown |
| 6/17/2013 | Sichel | Unknown |
| 6/18/2013 | Segal | Unknown |
| 6/25/2013 | Rohan | Unknown |
| 6/26/2013 | Snow | Unknown |
| 6/27/2013 | Nelson | Nataliya Galvin |
| 6/28/2013 | Laforest | Unknown |
| 6/28/2013 | Gordon | Unknown |
| 7/1/2013 | Vomacka | Unknown |
| 7/1/2013 | Balasquide | Joan Xie |
| 7/8/2013 | Iskra | Unknown |

Granted_After_12_18_2012

| Date | Name | Reviewer |
|---|---|---|
| 7/10/2013 | Bukszpan | Vlad Kuzmin |
| 7/10/2013 | Wright, V | Kimberly Ellis |
| 7/11/2013 | Laforest | Unknown |
| 7/16/2013 | Bain | Unknown |
| 7/17/2013 | Nelson | Vlad Kuzmin |
| 7/18/2013 | Brennan | Unknown |
| 7/18/2013 | Weisel | Unknown |
| 7/19/2013 | McManus | Unknown |
| 7/29/2013 | Baird | Nataliya Galvin |
| 7/30/2013 | Brennan | Unknown |
| 7/31/2013 | Morace | Gang Zhou |
| 8/5/2013 | Laforest | Unknown |
| 8/5/2013 | Bain | Stuart Altman |
| 8/6/2013 | Bain | Unknown |
| 8/6/2013 | McManus | Unknown |
| 8/7/2013 | Sichel | Unknown |
| 8/8/2013 | Lamb | Unknown |
| 8/9/2013 | Sichel | Stuart Altman |
| 8/9/2013 | Bukszpan | Unknown |
| 8/14/2013 | Chew | Unknown |
| 8/15/2013 | Poczter.V | Unknown |
| 8/16/2013 | Bukszpan | Unknown |
| 8/16/2013 | VanWyke | Unknown |
| 8/16/2013 | Sichel | Unknown |
| 8/19/2013 | Iskra | Adedayo Idowu |
| 8/20/2013 | Bukszpan | Unknown |
| 8/23/2013 | Burman | Adedayo Idowu |
| 8/23/2013 | Burman | Unknown |
| 8/23/2013 | Poczter.V | Unknown |
| 8/27/2013 | Bukszpan | Unknown |
| 8/28/2013 | Hom | Unknown |
| 8/28/2013 | Mulligan | Lee Siegel |
| 8/29/2013 | Segal | Unknown |
| 8/29/2013 | Bain | Unknown |
| 9/3/2013 | Zagzoug | Unknown |
| 9/5/2013 | Rohan | Unknown |
| 9/5/2013 | Rohan | Unknown |
| 9/9/2013 | | Unknown |
| 9/9/2013 | VanWyke | Eric Y Zheng |
| 9/9/2013 | Schoppert | Unknown |
| 9/10/2013 | Poczter.V | Unknown |
| 9/11/2013 | VanWyke | Unknown |
| 9/11/2013 | Segal | Vlad Kuzmin |
| 9/16/2013 | Gordon | Adedayo Idowu |
| 9/16/2013 | McManus | Barst Mukamal |
| 9/18/2013 | Morace | Unknown |
| 9/20/2013 | Burman | Unknown |
| 9/23/2013 | | Unknown |
| 9/24/2013 | McManus | Michael Brown |
| 9/25/2013 | Lamb | Eric Y Zheng |
| 9/26/2013 | Bukszpan | Unknown |
| 9/26/2013 | Bukszpan | Unknown |

Granted_After_12_18_2012

| Date | Name | Associated |
|---|---|---|
| 9/26/2013 | VanWyke | Henry Zhang |
| 10/17/2013 | Snow | Unknown |
| 10/28/2013 | Poczter.V | Stuart Altman |
| 10/28/2013 | Schoppert | Unknown |
| 10/30/2013 | Laforest | Unknown |
| 10/31/2013 | Sichel | Stuart Altman |
| 11/1/2013 | Morace | Unknown |
| 11/4/2013 | Schoppert | Unknown |
| 11/6/2013 | Wright, V | Unknown |
| 11/6/2013 | Lamb | Unknown |
| 11/7/2013 | Schoppert | Unknown |
| 11/8/2013 | Poczter.V | Unknown |
| 11/12/2013 | Chew | Nataliya Galvin |
| 11/13/2013 | Iskra | Adedayo Idowu |
| 11/14/2013 | Poczter.V | Unknown |
| 11/14/2013 | Brennan | Stuart Altman |
| 11/15/2013 | Mulligan | Unknown |
| 11/18/2013 | McManus | Unknown |
| 11/18/2013 | VanWyke | Stuart Altman |
| 11/18/2013 | Wright, V | Unknown |
| 11/19/2013 | Schoppert | John Chang |
| 11/19/2013 | Laforest | Unknown |
| 11/20/2013 | Poczter.V | Vlad Kuzmin |
| 11/22/2013 | Rohan | Unknown |
| 11/25/2013 | Burman | Gary Yerman |
| 11/25/2013 | Burman | Michael Kamen |
| 11/26/2013 | Lamb | Unknown |
| 11/26/2013 | Lamb | Michael Kamen |
| 12/3/2013 | Balasquide | Unknown |
| 12/4/2013 | Schoppert | Unknown |
| 12/9/2013 | Sichel | Unknown |
| 12/13/2013 | Laforest | Unknown |
| 12/13/2013 | Bain | Unknown |
| 12/16/2013 | Segal | Unknown |
| 12/17/2013 | Bukszpan | Unknown |
| 12/17/2013 | Bukszpan | Stuart Altman |
| 12/18/2013 | Poczter.V | Jed Wasserman |
| 12/19/2013 | Chew | Unknown |
| 12/19/2013 | Chew | Unknown |
| 12/19/2013 | Chew | Unknown |
| 12/20/2013 | Schmidt | Unknown |
| 1/2/2014 | Cheng | Jed Wasserman |
| 1/2/2014 | Balasquide | Unknown |
| 1/7/2014 | Loprest, Jr | Michael Brown |
| 1/7/2014 | Sichel | Unknown |
| 1/8/2014 | Bukszpan | Adedayo Idowu |
| 1/13/2014 | Bain | Adedayo Idowu |
| 1/15/2014 | Morace | Unknown |
| 1/15/2014 | Burman | Michael Kamen |
| 1/15/2014 | Christensen | Unknown |
| 1/16/2014 | Chew | Unknown |
| 1/16/2014 | Mulligan | Unknown |

Granted_After_12_18_2012

| Date | Name | Contact |
|---|---|---|
| 1/29/2014 | Wright, V | Michael Kamen |
| 1/29/2014 | Burman | Unknown |
| 2/7/2014 | Balasquide | Gina H Son |
| 2/7/2014 | Laforest | Calle Victoria |
| 2/11/2014 | Bukszpan | Adedayo Idowu |
| 2/21/2014 | Nelson | Unknown |
| 2/27/2014 | Segal | Unknown |
| 3/7/2014 | Bain | Unknown |
| 3/10/2014 | Morace | Unknown |
| 3/11/2014 | | Yee Ling Poon |
| 3/12/2014 | McManus | Nataliya Galvin |
| 3/14/2014 | Rohan | Unknown |
| 3/18/2014 | Poczter.V | Unknown |
| 3/25/2014 | Schmidt | Unknown |
| 3/31/2014 | Bukszpan | Unknown |
| 4/1/2014 | Wright, V | Unknown |
| 4/1/2014 | Balasquide | Unknown |
| 4/4/2014 | Vomacka | Stuart Altman |
| 4/7/2014 | Segal | Unknown |
| 4/7/2014 | Bukszpan | Michael Kamen |
| 4/7/2014 | Laforest | Michael Kamen |
| 4/9/2014 | Poczter.V | Unknown |
| 4/9/2014 | Bain | Unknown |
| 4/9/2014 | Gordon | Unknown |
| 4/11/2014 | Poczter.V | Unknown |
| 4/14/2014 | Mulligan | Unknown |
| 4/17/2014 | Laforest | Unknown |
| 4/18/2014 | Bukszpan | Stuart Altman |
| 4/18/2014 | Bukszpan | Stuart Altman |
| 4/18/2014 | Bukszpan | Stuart Altman |
| 4/21/2014 | Balasquide | Adedayo Idowu |
| 4/23/2014 | Morace | Unknown |
| 4/24/2014 | Laforest | Unknown |
| 4/25/2014 | Schoppert | Adedayo Idowu |
| 4/29/2014 | Zagzoug | Michael Kamen |
| 4/29/2014 | Nelson | Unknown |
| 4/29/2014 | Christensen | Michael Kamen |
| 4/30/2014 | Weisel | Stephen Gleit |
| 4/30/2014 | Nelson | Stuart Altman |
| 5/1/2014 | VanWyke | Eric Y Zheng |
| 5/2/2014 | Wright, V | Vlad Kuzmin |
| 5/2/2014 | Bain | Michael Kamen |
| 5/8/2014 | Segal | Unknown |
| 5/8/2014 | Chew | Unknown |
| 5/9/2014 | Sichel | Unknown |
| 5/12/2014 | Brennan | Unknown |
| 5/12/2014 | Poczter.V | Unknown |
| 5/13/2014 | Bukszpan | Stuart Altman |
| 5/13/2014 | Wright, V | Unknown |
| 5/14/2014 | Bukszpan | Unknown |
| 5/14/2014 | Poczter.V | Theodore N Cox |
| 5/16/2014 | Sichel | Unknown |

Granted_After_12_18_2012

| Date | Name | Contact |
|---|---|---|
| 5/16/2014 | Zagzoug | Unknown |
| 5/16/2014 | Christensen | Stuart Altman |
| 5/20/2014 | Christensen | Theodore N Cox |
| 5/20/2014 | Houser | Unknown |
| 5/20/2014 | Gordon | Weishang Wang |
| 5/21/2014 | Snow | Unknown |
| 5/21/2014 | Schoppert | Unknown |
| 5/22/2014 | Chew | Unknown |
| 5/22/2014 | Segal | Unknown |
| 5/23/2014 | Lamb | Unknown |
| 5/23/2014 | VanWyke | Weishang Wang |
| 5/23/2014 | Christensen | Stuart Altman |
| 5/28/2014 | Laforest | Unknown |
| 5/28/2014 | Snow | Eric Y Zheng |
| 5/28/2014 | Laforest | Unknown |
| 5/29/2014 | Zagzoug | Unknown |
| 5/30/2014 | Burman | Unknown |
| 6/4/2014 | Balasquide | Michael Kamen |
| 6/5/2014 | Leeds | Gary Yerman |
| 6/6/2014 | Schoppert | Adedayo Idowu |
| 6/9/2014 | Sichel | Unknown |
| 6/9/2014 | Sichel | Unknown |
| 6/10/2014 | VanWyke | Stuart Altman |
| 6/10/2014 | Wright, V | Unknown |
| 6/11/2014 | Nelson | Unknown |
| 6/12/2014 | Lamb | Vlad Kuzmin |
| 6/12/2014 | McManus | Unknown |
| 6/12/2014 | VanWyke | Unknown |
| 6/13/2014 | Chew | Eric Y Zheng |
| 6/13/2014 | Laforest | Unknown |
| 6/16/2014 | Sichel | Shihao Bao |
| 6/16/2014 | Bukszpan | Unknown |
| 6/17/2014 | Bukszpan | HanBin Wang |
| 6/17/2014 | Bryant | Unknown |
| 6/17/2014 | Balasquide | Nataliya Galvin |
| 6/18/2014 | Laforest | Unknown |
| 6/19/2014 | Loprest, Jr | Unknown |
| 6/24/2014 | Schoppert | Unknown |
| 6/24/2014 | Burman | Unknown |
| 6/26/2014 | Bukszpan | Unknown |
| 6/27/2014 | Morace | Unknown |
| 6/27/2014 | Gordon | HanBin Wang |
| 7/7/2014 | Brennan | Unknown |
| 7/8/2014 | Segal | Guo Yu LI |
| 7/9/2014 | Chew | Unknown |
| 7/9/2014 | Lamb | Unknown |
| 7/10/2014 | Loprest, Jr | Unknown |
| 7/10/2014 | Brennan | Unknown |
| 7/14/2014 | Balasquide | Unknown |
| 7/14/2014 | Bukszpan | Unknown |
| 7/14/2014 | Gordon | Unknown |
| 7/14/2014 | Laforest | Nataliya Galvin |

Granted_After_12_18_2012

| Date | Name | Second |
|---|---|---|
| 7/15/2014 | Burman | Unknown |
| 7/15/2014 | Burman | Lee Siegel |
| 7/16/2014 | Nelson | Nataliya Galvin |
| 7/17/2014 | Chew | Unknown |
| 7/17/2014 | Chew | Unknown |
| 7/18/2014 | Lamb | Unknown |
| 7/22/2014 | Laforest | Unknown |
| 7/28/2014 | Balasquide | Unknown |
| 7/28/2014 | Laforest | Oleh R. Tustainwsky |
| 7/29/2014 | Lamb | Unknown |
| 8/1/2014 | Lamb | Unknown |
| 8/4/2014 | Laforest | Unknown |
| 8/4/2014 | Laforest | Unknown |
| 8/4/2014 | Schoppert | Unknown |
| 8/4/2014 | Lamb | Unknown |
| 8/5/2014 | Chew | Unknown |
| 8/6/2014 | Nelson | Unknown |
| 8/7/2014 | McManus | Unknown |
| 8/7/2014 | Leeds | Unknown |
| 8/12/2014 | Bukszpan | Unknown |
| 8/13/2014 | VanWyke | Unknown |
| 8/14/2014 | Poczter.V | Adedayo Idowu |
| 8/14/2014 | Schoppert | Unknown |
| 8/14/2014 | VanWyke | Unknown |
| 8/18/2014 | Sichel | Nataliya Galvin |
| 8/19/2014 | Bukszpan | Unknown |
| 8/25/2014 | Lamb | Unknown |
| 9/2/2014 | Leeds | Stuart Altman |
| 9/2/2014 | Leeds | Stuart Altman |