USDC-SDNY
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC#:
**DATE FILED:** 12/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

FENG LING LIU,

Defendant.

12-CR-934 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons given in the Court's oral ruling at today's conference, Feng Ling Liu's motion for an early termination of supervised release (Dkt. 603) is granted. *See* 18 U.S.C. § 3583(e)(1). Having considered all the requisite factors under 18 U.S.C. § 3553(a), the Court finds that an early termination is warranted by Ms. Liu's conduct and is in the interest of justice.

The United States Probation Office is respectfully directed to process this early termination.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Liu.

SO ORDERED.

Dated:    December 15, 2020
          New York, New York

Ronnie Abrams
United States District Judge